UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

DONNA K. and FRANK T. PEARSON,

    Plaintiffs,

    v.

HSBC BANK, *et al.*,

    Defendants.

Case No. 10-cv-959-JPG

**MEMORANDUM AND ORDER**

    This matter comes before the Court on Plaintiff Donna Pearson's Motions for Default Judgment (Docs. 10, 11, 12) against Defendants Santander Consumer USA, Inc. ("Santander"), HSBC Auto Finance ("HSBC"), and Cumberland County Sheriff.

    As a preliminary matter, the Court notes that Mrs. Pearson has filed a Notice of Interlocutory Appeal (Doc. 17). While such an appeal would typically divest a district court of jurisdiction, *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982), the frivolity of Mrs. Pearson's appeal allows the Court to retain jurisdiction over these and other motions. *Fairley v. Andrews*, No. 03 C 5207, 2006 WL 2547216, at * 1 (N.D. Ill. Sept. 1, 2006).

    Obtaining a default judgment entails two steps: first, the party seeking a default judgment must file a motion for entry of default with the clerk of a district court; and, second, upon entry of default, the moving party may then seek a default judgment against the defaulting party. *UMG Recordings, Inc. v. Stewart*, 461 F. Supp. 2d 837, 840 (S.D. Ill. 2006). Of course, the party against whom a default judgment is sought must fail to plead or otherwise defend if entry of default is to be made against him. Fed. R. Civ. P. 55(a).

Here, Mrs. Pearson has yet to obtain entry of default against Santander, HSBC, and Cumberland County Sheriff; thus, any request for the Court to enter default judgment is premature.  More importantly, Defendants timely responded to the Pearsons' Complaint (Doc. 1) by filing Motions to Dismiss (Docs. 16, 21).  The Court strongly suggests that Mrs. Pearson thoroughly review Federal Rule of Civil Procedure 12 and other relevant rules of procedure before moving for default judgment in this or any other federal litigation.

For the foregoing reasons, the Court **DENIES** the instant motions (Docs. 10, 11, 12).

**IT IS SO ORDERED.**
**DATED: January 3, 2011**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**